MARY B. HARTSHORNE, Appellant, *v.* HAROLD B. HARTSHORNE, Respondent.

Submitted December 2, 1941; decided January 8, 1942.

714

*Frederick Hemley, Naomi Ranson* and *Leonard Hemley* for appellant.

*David Cohen* for respondent.

Order affirmed, without costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.